# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2026-0018
_____

BRANDYN E. MITCHELL,

   Petitioner,

   v.

STATE OF FLORIDA,

   Respondent.

_____

Petition for Writ of Habeas Corpus—Original Proceedings.

July 31, 2026

PER CURIAM.

   DISMISSED.

ROBERTS, RAY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Brandyn E. Mitchell, pro se, Petitioner.

No appearance for Respondent.